UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **THOMAS A. SCHWEITZER** | : | CASE NO. C-1-02-052 |
| Plaintiff | : | |
| | : | MAGISTRATE-JUDGE: **HOGAN** |
| -vs- | : | |
| **TEAMSTERS LOCAL 100** | : | **ENTRY EXTENDING DEADLINE FOR FILING DEFENDANT'S REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| Defendant | : | |

By agreement of the parties, Defendant is hereby given until September 12, 2003 in which to respond to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment.

    s/Timothy S. Hogan
    Timothy S. Hogan
    U.S. Magistrate Judge


s/Mark J. Byrne
**MARK J. BYRNE,** (0029243)
Attorney for Plaintiff, Thomas A. Schweitzer


s/Karl E. Williamson
**KARL E. WILLIAMSON**, (0047204)
Attorney for Defendant, Teamsters Local 100