**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Thomas Schweitzer,
    Plaintiff,

v.          Case No. C-1-02-052
            (Hogan, M. J.)

Teamsters Local 100,
    Defendant.

**NOTICE**

The final pretrial conference in the above-captioned matter has been reset before the Honorable Timothy S. Hogan for:

    Friday, January 9, 2004, at 2:00 pm
    706 Potter Stewart U.S. Courthouse

    Timothy S. Hogan
    United States Magistrate Judge


    s/Barbara A. Crum
    Courtroom Deputy

cc:    All Counsel
bac    November 28, 2003
J:\CRUMBA\FORMS\CALENDAR\2002\02-052.WPD