**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Thomas Schweitzer,
    Plaintiff,

v.                                                   Case No. C-1-02-052
                                                         (Hogan, M. J.)

Teamsters Local 100,
    Defendant.

**NOTICE**

The final pretrial conference in the above-captioned matter has been reset before the Honorable Timothy S. Hogan for:

        Tuesday, January 20, 2004, at 2:00 pm
        706 Potter Stewart U.S. Courthouse

        Timothy S. Hogan
        United States Magistrate Judge

        s/Barbara A. Crum
        Courtroom Deputy

cc:    All Counsel
bac    December 8, 2003
J:\CRUMBA\FORMS\CALENDAR\2002\02-052.WPD