## Colleen Messer

**From:** Karl Williamson [kewilliam@fuse.net]
**Sent:** Wednesday, January 14, 2004 6:03 PM
**To:** 'Mark Byrne'
**Cc:** 'Colleen Messer'
**Subject:** Schweitzer v. Local 100

Dear Mark:

 This letter will serve to memorialize our telephone conversation this date.  As I indicated, in order to avoid the issuance of a subpoena to Julie Ford, I indicated to you that I am willing to stipulate to the authenticity of her letter to the EEOC/Helen Glutz regarding this matter but that I would prefer to leave the issue of the admissibility to the court.

 Please contact me if you decide this arrangement is agreeable to you.

Karl E. Wiliamson