**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **THOMAS A. SCHWEITZER** | : | CASE NO. C-1-02-052 |
| Plaintiff | : | JUDGE: **BECKWITH** |
| | : | MAGISTRATE-JUDGE: **HOGAN** |
| -vs- | : | |
| | : | **MOTION FOR LEAVE TO FILE DEFENDANT'S PRETRIAL MOTION TO EXCLUDE EVIDENCE OUT OF TIME** |
| **TEAMSTERS LOCAL 100** | : | |
| Defendant | : | |
| | : | |

Now comes Defendant Teamsters Local 100 and hereby moves this court for leave to file Defendant's Pre-Trial Motion to Exclude Evidence out of time.

Respectfully submitted,

_____
**KARL E. WILLIAMSON**, (0047204)
Attorney for Defendants
Suite 904, Highland Towers
1071 Celestial Street
Cincinnati, Ohio 45202
Telephone (513) 621-8688
FAX (513) 621-3873

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served by ordinary U.S. Mail upon Mark J. Byrne, Attorney for Plaintiff, Jacobs, Kleinman, Seibel & McNally, 2300 Kroger Building, 1014 Vine Street, Cincinnati, Ohio 45202, this 15th day of January, 2004.

_____
Karl E. Williamson, (0047204)
Attorney for Defendants