UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **THOMAS A. SCHWEITZER** | : | CASE NO. C-1-02-052 |
| Plaintiff | : | |
| -vs- | : | MAGISTRATE-JUDGE: **HOGAN** |
| **TEAMSTERS LOCAL 100** | : | **MOTION TO EXTEND DEADLINE FOR FILING OF JOINT PRE-TRIAL ORDER** |
| Defendant | : | |

Now comes Defendant and moves this Court for an order extending the deadline for submission of a Joint Pre-Trial Order.

        s/Karl E. Williamson
        KARL E. WILLIAMSON, (0047204)
        Attorney for Defendants
        Law Office of Karl E. Williamson
        Suite 904, Highland Towers
        1071 Celestial Street
        Cincinnati, Ohio 45202
        (513) 621-8688
        FAX (513) 621-3873
        kewilliam@fuse.net

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice to take Deposition was served by fax and ordinary U.S. mail upon Mark Byrne, Attorney for Plaintiff, Jacobs Kleinman Seibel & McNally, Co., 2300 Kroger Building, 1014 Vine Street, Cincinnati, Ohio 45202, on this 16th day of January, 2004.

        s/Karl E. Williamson
        Karl E. Williamson, (0047204)
        Attorney for Defendants