**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Thomas Schweitzer,
    Plaintiff,

v.                                          Case No. C-1-02-052
                                              (Hogan, M. J.)

Teamsters Local 100,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

_____     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

__X__     **DECISION BY COURT**: This action came before the Court via motion for summary judgment. The issues have been briefed and a decision has been rendered.

**IT IS ORDERED.**

Date: January 20, 2004                             James Bonini, Clerk

                                                By:      S/Barbara A. Crum
                                                          Courtroom Deputy