Tue Feb 17 14:12:48 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 42199?
Cashier        ahi

Check Number:  15928

DC Code        Div No
466?             1

Sub Acct Type Tender          Amount
1:066900  N     2             105.00
2:510000  N     2             150.00

Total Amount         $       255.00

JACOBS KLEINMAN

APPEAL/02-DVSE

Tue Feb 17 14:12:48 2004

Check No.  15928
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 466?