# TRANSMISSION FORM

| District Court: S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|
| District Court Case No: 1:02cv0052 | Court of Appeals Case No: 04-3220 |
| SHORT CAPTION<br><br>**THOMAS A. SCHWEITZER**<br>Plaintiff/Petitioner<br>vs.<br>**TEAMSTERS LOCAL 100**<br>Defendant/Respondent<br><br>RECEIVED FEB 1 8 2004 Leonard Green Clerk<br><br>*provide pro se address IF NOT on the docket sheet | Case Manager: Robin Duncan<br><br>Date Filed:<br><br>**FILED**<br>FEB 2 0 2004<br>LEONARD GREEN, Clerk |
| District Court Judge: **MAGISTRATE JUDGE TIMOTHY S. HOGAN**<br>Court Reporter(s): | Anything That Needs Special Attention<br><br>NOTICE OF APPEAL(DOC.59) appealing ORDER(DOC.57) entered on 1/20/2004. |
| From Deputy Clerk: **Arthur Hill**<br>Date: 2/18/2004 | |
| $255.00 Appeal Filing Fee Paid?   YES | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)         Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)         **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk:   **JAMES BONINI**
United States District Court