UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
JUN 21 2005
LEONARD GREEN, Clerk

No. 04-3220

C-1-02-052

THOMAS A. SCHWEITZER,
Plaintiff - Appellant,

v.

TEAMSTERS LOCAL 100,
Defendant - Appellee.

Before: KEITH, CLAY, and FARRIS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk