UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3220

2005 JUL 14 AM 11:29

Filed: July 13, 2005

THOMAS A. SCHWEITZER

    Plaintiff - Appellant

1:02cv52

v.

TEAMSTERS LOCAL 100

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 6/21/05 the mandate for this case hereby issues today.

                                            A True Copy.

No costs taxed                            Attest:

Filing Fee ...........$
Printing ............$

    Total ........$                              Deputy Clerk